NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCUS L. WILLIAMS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5098

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-1123, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Marcus L. Williams moves for summary disposition. The United States moves for leave to file its opposition out-of-time. Williams replies.

To the extent Williams is arguing the merits of his appeal, he should put those arguments in his brief.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion for summary disposition is denied.

(2)  The motion for leave to file an out-of-time opposition is granted.

FOR THE COURT

**AUG 2 5 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marcus L. Williams
     Elizabeth A. Speck, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 5 2011**

**JAN HORBALY**
**CLERK**